**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Remare Transportation Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**DBA MGM Transportation Services; DBA MGM Company** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**75-3089073** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1800 W. 43rd Street**<br>**Chicago, IL 60609** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7   ■ Chapter 11   ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)    THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

(Official Form 1) (9/03)

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Remare Transportation Corporation**

**FORM B1**, Page 2

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NBCCAT Corporation** | Case Number: **05-18546** | Date Filed: **5/10/05** |
| District: **Northern District of Illinois** | Relationship: **sister company (non-union company)** | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X     **/s/ Barry A. Chatz 06196639**
Signature of Attorney for Debtor(s)

**Barry A. Chatz 06196639**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 S. RiverSide Plaza
Chicago, IL 60606**
Address

**(312)876-7100  Fax: (312)876-0288**
Telephone Number

**May 10, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **/s/ J. Thomas Williams**
Signature of Authorized Individual

**J. Thomas Williams**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**May 10, 2005**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)     Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## CERTIFICATE OF RESOLUTION

I, J. Thomas Williams, do hereby certify that I am the duly appointed and acting Vice President of Remare Transportation Corporation, an Illinois corporation (the "Corporation"), and that as such officer, I am authorized to execute and deliver this certificate on behalf of the Corporation. In my capacity as Vice President, I further certify that the following resolutions were adopted by the Board of Directors at a duly called meeting of the Corporation's Board of Directors held on May 3, 2005.

**RESOLVED** that, in the judgment of the Board of Directors, it is desirable and in the best interest of the Corporation, its creditors, stockholders, employees and other interested parties that the Corporation file a voluntary petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED FURTHER**, that each of the officers of the Corporation (together, the "Authorized Officers"), is hereby authorized and empowered on behalf of, and in the name of, the Corporation, acting singly or jointly, to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at such time as the officer executing the same shall determine; and

**RESOLVED FURTHER**, that each of the Authorized Officers shall, from time to time, designate, be, and each hereby is, authorized and empowered, on behalf of, and in the name of, the Corporation to execute and file all petitions, schedules, lists, and other papers and to take any and all action that any of the Authorized Officers may deem necessary or proper in connection with the Corporation's Chapter 11 case; and

**RESOLVED FURTHER**, that each of the members of the law firm of Arnstein & Lehr LLP, in any of its various offices throughout the United States, shall be employed as attorneys for the Corporation in the Corporation's Chapter 11 case; and

**RESOLVED FURTHER**, that each of the Authorized Officers be, and each hereby is, authorized and empowered, on behalf of, and in the name of the Corporation to retain and employ other attorneys, investment bankers, accountants, and other professionals to assist the Corporation's Chapter 11 case on such terms as such Authorized Officer deems necessary. proper and desirable.

**IN WITNESS WHEREOF**, I have hereunto set my hand on this 3rd day of May, 2005.

Date: May 3, 2005          Signature: _____
                                       J. Thomas Williams, Vice President

971331_1

**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Remare Transportation Corporation**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Adelphi Capital, LLC<br>1054 31st Street NW<br>Suite 316<br>Washington, DC 20007 | Adelphi Capital, LLC<br>1054 31st Street NW<br>Suite 316<br>Washington, DC 20007 | | | 17,104.04 |
| Automobile Mechanics' Local 701<br>c/o Arnold and Kadjan<br>19 W. Jackson Blvd., Suite 300<br>Chicago, IL 60604 | Automobile Mechanics' Local 701<br>c/o Arnold and Kadjan<br>19 W. Jackson Blvd., Suite 300<br>Chicago, IL 60604 | | | 144,177.80 |
| BlueCross Blueshield of Illinois<br>Healthcare Service Corporation<br>Chicago, IL 60690-1186 | BlueCross Blueshield of Illinois<br>Healthcare Service Corporation<br>Chicago, IL 60690-1186 | | | 25,629.02 |
| City International Truck Inc.<br>4655 S. Central Avenue<br>Chicago, IL 60638 | City International Truck Inc.<br>4655 S. Central Avenue<br>Chicago, IL 60638 | | | 22,719.85 |
| Delta Dental<br>Client Services - South<br>P.O. Box 44460<br>San Francisco, CA 94144-0460 | Delta Dental<br>Client Services - South<br>P.O. Box 44460<br>San Francisco, CA 94144-0460 | | | 8,482.06 |
| Fleet Pride<br>P.O. Box 847118<br>Dallas, TX 75284-7118 | Fleet Pride<br>P.O. Box 847118<br>Dallas, TX 75284-7118 | | | 12,837.82 |
| Holland & Knight<br>131 South Dearborn Street<br>30th Floor<br>Chicago, IL 60603 | Holland & Knight<br>131 South Dearborn Street<br>30th Floor<br>Chicago, IL 60603 | | | 68,260.18 |
| IL Dept. of Employment Security<br>Chicago Region - Revenue<br>527 S. Wells<br>Chicago, IL 60680 | IL Dept. of Employment Security<br>Chicago Region - Revenue<br>527 S. Wells<br>Chicago, IL 60680 | | | 41,233.36 |
| Illinois Department of Revenue<br>Retailers Occupation Tax<br>Springfield, IL 62796-0001 | Illinois Department of Revenue<br>Retailers Occupation Tax<br>Springfield, IL 62796-0001 | | | 77,019.00 |
| Initial Security<br>P.O. Box 4653<br>Oak Brook, IL 60522-4653 | Initial Security<br>P.O. Box 4653<br>Oak Brook, IL 60522-4653 | | | 32,966.63 |

In re  **Remare Transportation Corporation**                                      Case No. _____
                                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service (Insolvency) 200 W. Adams, Suite 2300 Chicago, IL 60606 | Internal Revenue Service (Insolvency) 200 W. Adams, Suite 2300 Chicago, IL 60606 | | Disputed | 849,480.76 |
| Kwick Loc Company 7340 Dorr Street Attn: Rod Hilton Toledo, OH 43615 | Kwick Loc Company 7340 Dorr Street Attn: Rod Hilton Toledo, OH 43615 | | | 35,201.57 |
| McGriff Intermodal Nell P.O. Box 1148 Cullman, AL 35056-1148 | McGriff Intermodal Nell P.O. Box 1148 Cullman, AL 35056-1148 | | | 16,385.83 |
| Osco Incorporated P.O. Box 70 Lemont, IL 60439-0070 | Osco Incorporated P.O. Box 70 Lemont, IL 60439-0070 | | | 11,969.65 |
| Stockdale Insurance Agency P.O. Box 10269 Bakersfield, CA 93389 | Stockdale Insurance Agency P.O. Box 10269 Bakersfield, CA 93389 | | | 27,352.89 |
| The Welding Center 7400 S. Central Avenue Bedford Park, IL 60638 | The Welding Center 7400 S. Central Avenue Bedford Park, IL 60638 | | | 12,581.30 |
| Thieman Tailgates, Inc. 600 E. Wayne Street Celina, OH 45822 | Thieman Tailgates, Inc. 600 E. Wayne Street Celina, OH 45822 | | | 12,904.03 |
| Tire Management, Inc. 481 NE Industrial Drive Attn: Erin Howorth Aurora, IL 60504 | Tire Management, Inc. 481 NE Industrial Drive Attn: Erin Howorth Aurora, IL 60504 | | | 13,977.36 |
| Universal Underwriters Group 1880 Paysphere Circle Chicago, IL 60674 | Universal Underwriters Group 1880 Paysphere Circle Chicago, IL 60674 | | | 26,313.32 |
| Vineland Construction Company 71 West Park Avenue Vineland, NJ 08360 | Vineland Construction Company 71 West Park Avenue Vineland, NJ 08360 | | | 9,510.70 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date  **May 10, 2005**                         Signature  **/s/ J. Thomas Williams**
                                                          **J. Thomas Williams**
                                                          **Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Adelphi Capital, LLC
1054 31st Street NW
Suite 316
Washington, DC 20007


ADT Security Services
1151 Southpoint Circle
Valparaiso, IN 46385


America United Bank and Trust
321 West Golf Road
Schaumburg, IL 60196


American Industrial
2221 West Oakdale Avenue
Chicago, IL 60618


Ancra International
4880 W. Rose Crans
Attn: Robert Snyder
Hawthorne, CA 90250


Automobile Mechanics' Local 701
c/o Arnold and Kadjan
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604


Automobile Mechanics' Local 701
500 West Plainfield Rd.
Attn: Donald H. Alcott
Countryside, IL 60525


BlueCross Blueshield of Illinois
Healthcare Service Corporation
Chicago, IL 60690-1186


Canon
P.O.Box 514637
Los Angeles, CA 90051-4637


Chicago Department of Revenue
121 N. LaSalle Street
Room 107
Chicago, IL 60602

Cintas Corporation
P.O. Box 5
Bedford Park, IL 60499-0005


City International Truck Inc.
4655 S. Central Avenue
Chicago, IL 60638


City of Chicago Dept of Revenue
P.O. Box 88298
Chicago, IL 60680-1298


Cox, Hodgman & Giarmarco PC
10th Floor Columbia Center
Troy, MI 48084-5280


Crosstown
5212 S. Archer Avenue
Chicago, IL 60632


Delta Dental
Client Services - South
P.O. Box 44460
San Francisco, CA 94144-0460


Distinctive Business Products, Inc.
P.O. Box 5940
Carol Stream, IL 60197-5940


Douglas Truck Parts
1640 South State Street
Chicago, IL 60616-1214


East Penn
2427 Braga Drive
Broadview, IL 60155-3941


Erkert Bros.
8327 S. Chicago Avenue
Chicago, IL 60617


Fleet Pride
P.O. Box 847118
Dallas, TX 75284-7118

```
Fleetcor Technologies
P.O. Box 11407
Birmingham, AL 35246-0980


Ford Credit
P.O. Box 219825
Kansas City, MO 64121-9825


Freeway Ford
8445 W. 45th Street
Lyons, IL 60534


Holland & Knight
131 South Dearborn Street
30th Floor
Chicago, IL 60603


Horizon Distributors, Inc.
1890 Chrysler Drive
Belvidere, IL 61008


Huck Bouma Martin Jones & et al.
1755 S. Naperville Road
Wheaton, IL 60187


Ikon Office Solutions
Central District
P.O. Box 802566
Chicago, IL 60680-2566


IL Dept. of Employment Security
Chicago Region - Revenue
527 S. Wells
Chicago, IL 60680


Illiana Disposal and Recycling
P.O. Box 848
Crown Point, IN 46308-0848


Illinois Department of Revenue
Retailers Occupation Tax
Springfield, IL 62796-0001
```

Initial Security
P.O. Box 4653
Oak Brook, IL 60522-4653


Internal Revenue Service
(Insolvency)
200 W. Adams, Suite 2300
Chicago, IL 60606


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


Interstate Battery of Chicago
16220 Crawford
Tinley Park, IL 60478


IOS Capital
P.O. Box 650016
Dallas, TX 75265-0016


Jani King of Illinois Inc.
1701 E. Woodfield Road
Suite 1100
Schaumburg, IL 60173-5131


Joel Nathan
United States Attorney
219 S. Dearborn
Chicago, IL 60604


Jordan Promotions
16520 Churchview Drive
Orland Park, IL 60467


Keen Edge
8615 Ogden
Lyons, IL 60534


Kwick Loc Company
7340 Dorr Street
Attn: Rod Hilton
Toledo, OH 43615

```
Lesco Desgin & Mfg. Co. Inc.
Section 311
Louisville, KY 40289


Macke Water Systems
P.O. Box 545
Wheeling, IL 60090-0545


MacNeal OCC Health Service
135 S. LaSalle Street
Dept. 2393
Chicago, IL 60674-2393


McGriff Intermodal Nell
P.O. Box 1148
Cullman, AL 35056-1148


McLeod USA
P.O. Box 3243
Milwaukee, WI 53201-3243


MetLife
P.O. Box 804466
Kansas City, MO 64180-4466


Micheal Cernauske
143 Avon Road
Elmhurst, IL 60126


Midwest Trailer Repair, Inc.
1900 W. 43rd Street
Chicago, IL 60609


Mijennick, Inc.
P.O. Box 301
Lockport, IL 60441-0301


MTC Holdings
1999 Harrison Street
Oakland, CA 94612


National Waste Services
c/o AWI Remittance Processing
Louisville, KY 40290-1154
```

```
Nextel
P.O. Box 54977
Los Angeles, CA 90054-0977


Nisource Company
P.O. Box 13007
Merrillville, IN 46411-3007


Osco Incorporated
P.O. Box 70
Lemont, IL 60439-0070


Overdoors of Illinois, Inc.
601 Ridge Road
Homewood, IL 60430


Pitney Bowes, Inc.
P.O. Box 856390
Louisville, KY 40285-5390


Qwest
Business Services
Louisville, KY 40285-6169


Roadway Express
P.O. Box 93151
Chicago, IL 60673-3151


RPM Automotive, Inc.
10112 Pacific Avenue
Franklin Park, IL 60131


Safety-Kleen Corp.
P.O. Box 382066
Pittsburgh, PA 15250-8066


Scopelitis Garvin Light & Hanson
10 W. Market Street
Suite 150
Indianapolis, IN 46204-2965


Silver Eagle Mfg. Co.
P.O. Box 6470
Portland, OR 97228-6470
```

```
Southwest Spring
3863 W. Columbus Avenue
Chicago, IL 60652


Sterling Commerce
P.O. Box 73199
Chicago, IL 60673


Sterling Truck Parts Co.
5001 S. Western
Chicago, IL 60609


Stockdale Insurance Agency
P.O. Box 10269
Bakersfield, CA 93389


Systran Financial Services
4949 SW Meadows Road
Lake Oswego, OR 97035


The Welding Center
7400 S. Central Avenue
Bedford Park, IL 60638


Thieman Tailgates, Inc.
600 E. Wayne Street
Celina, OH 45822


Tire Management, Inc.
481 NE Industrial Drive
Attn:  Erin Howorth
Aurora, IL 60504


Tools Unlimited
1941 W. Alexis Road
P.O. Box 575
Toledo, OH 43613-0757


United Parcel Service
Lock Box 577
Carol Stream, IL 60132-0577


Universal Underwriters Group
1880 Paysphere Circle
Chicago, IL 60674
```

Viking Office Products
P.O. Box 30488
Los Angeles, CA 90030-0488


Vineland Construction Company
71 West Park Avenue
Vineland, NJ 08360


Vision Service Plan
P.O. Box 60000
San Francisco, CA 94160-3280


Waste Management of Illinois-Metro
P.O. Box 9001054
Louisville, KY 40290-1054


Wheeler Trailer, Inc.
Yards Container Pool Div.
Chicago, IL 60609


Word Processing Industries, Inc.
4545 N. Ravenswood Avenue
Chicago, IL 60640


Xerox Corporation
P.O. Box 802555
Chicago, IL 60680-2555